UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00239-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **BYRON ROSWELL HESS IV,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint Motion for Restitution. Having considered the joint motion and reviewed the pleadings, and having determined that the amount of restitution proposed is both fair and reasonable in the context of the information presented in this case, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

(1) the joint Motion for Restitution (#45) is GRANTED, and, as part of the Judgment in this matter, RESTITUTION in the amount of $1,500.00 is ordered to be paid to each victim, identified by pseudonym as "Amy," "Angela," "Casseaopeia," and "Vicky," for a total obligation of $6,000.00. The Clerk of Court shall submit an Amended judgment reflecting such terms of restitution;

(2) if the defendant is unable to pay any monetary penalty immediately, during the period of imprisonment payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program. Upon release from imprisonment any remaining balance shall

be paid in monthly installments of no less than $50 to commence within 60 days after release from imprisonment, until paid in full;

      (3)    the underlying motion (#45) seeking such restitution is SEALED as the information contained therein consists of sentencing material that contains sensitive victim information related to persons who are/or were minors and no lesser means other than sealing would protect that information. This Order is not, however, sealed, as the names used herein are "f/k/a" and do not constitute personal identifiers.

Signed: December 7, 2015



Max O. Cogburn Jr.
United States District Judge