UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00239-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Vs. )<br>)<br>BYRON ROSWELL HESS IV, )<br>)<br>Defendant(s). ) | ORDER |

**THIS MATTER** is before the court on defendant's Motion to Correct Clerical Error Under Rule 36. Defendant's claim of clerical error is clear and needs no response from the government. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Correct Clerical Error Under Rule 36 (#49) is GRANTED, and the Clerk of Court shall prepare a Second Amended Judgment and submit it to chambers correcting the clerical error as pointed out in the motion.

Signed: December 21, 2015

Max O. Cogburn Jr.
United States District Judge